UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE ANNETTE POOL,<br>    Plaintiff,<br>    v.<br>CAROLYN W. COLVIN,<br>    Defendant. | Case No. 15-cv-02061-WHO<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO ANSWER** |

    This appeal from a denial of benefits by the Social Security Administration was filed on May 7, 2015. Dkt. No. 1. Plaintiff filed a certificate of service, showing that service was made on or around August 10, 2015. Dkt. No. 6. Defendant's answer was due ninety (90) days after service, or approximately November 8, 2015.

    Defendant SHALL SHOW CAUSE as to why their answer has not been filed. Defendant may respond to this OSC by filing an answer, and a certified copy of the administrative record, on or before **February 4, 2016**.

    **IT IS SO ORDERED**.

Dated: January 5, 2016

WILLIAM H. ORRICK
United States District Judge